MN-305

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: 08-36948
Chapter 7 Case No.    Jacqueline R. Ferron-Towne

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Recovery Management Systems Corporation for GE Money Bank, dba Sam's Club 25 SE 2nd Ave, Suite 1120 Miami, FL 33131 | 14 | 221.94 | 1.49 |

Date:    January 6, 2011

_____
Trustee